THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Svetlik Construction Co., Inc.,       
Plaintiff,
 
 
 

v.

 
 
 
Karen Zimmerman,       
Petitioner,
 
 
 

v.

 
 
 
Michael Svetlik, Sumter National Bank, County of Sumter and City of Sumter,        Third Party Defendants,
of whom County of Sumter and City of Sumter are       
Respondents.
 
 
 

ON WRIT OF CERTIORARI  TO THE COURT OF APPEALS

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Memorandum Opinion No. 2005-MO-023
Heard May 18, 2005  Filed June 6, 2005

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Melvin L. Roberts, of York, for Petitioner.
Harold C. Wilson, John E. James, III, and David C. Holler, all of Lee, Erter, Wilson, James, Holler & Smith, L.L.C., of Sumter, for Respondents.
 
 
 

 PER CURIAM:  We granted a writ of certiorari to review the decision in Svetlik Constr. Co. v. Zimmerman, Op. No. 2003-UP-735 (S.C. Ct. App. filed December 16, 2003).  We dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
 MOORE, A.C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice James W. Johnson, Jr., concur.